UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| VINCENT SIMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:26 CV 541 CDP |
| | ) | |
| CORNELIUS COE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

In response to the motion to dismiss filed by the members of the St. Louis Board of Police Commissioners, plaintiff Vincent Simmons addressed the merits of defendants' arguments but also alternatively moved for leave to amend his complaint. In compliance with Local Rule 4.07 of this Court, Simmons submitted his proposed First Amended Complaint with his alternative motion for leave to amend. As Simmons submitted his amended complaint within 21 days of defendants' motion to dismiss, I consider it permissibly filed as a matter of course under Federal Rule of Civil Procedure 15(a)(1)(B). I will therefore grant Simmons' alternative motion to file an amended complaint and deny as moot defendants' motion to dismiss the original complaint. As defendant Cornelius Coe was served with the original complaint but has not yet entered an appearance in the case, Simmons shall effect service of the amended complaint

upon Coe forthwith.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff Vincent Simmons' alternative motion to file an amended complaint is **GRANTED**, and his First Amended Complaint [37-1] is deemed filed as a matter of course under Federal Rule of Civil Procedure 15(a)(1)(B). Plaintiff is reminded of his obligation to effectuate service of the amended complaint upon defendant Cornelius Coe, who has not yet entered an appearance in the case.

**IT IS FURTHER ORDERED** that the motion to dismiss filed by the members of the St. Louis Board of Police Commissioners [32] is **DENIED AS MOOT** but without prejudice to be refiled to the amended complaint if appropriate. Those defendants are reminded of their obligation to respond to the amended complaint within the time prescribed by the federal rules.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 19th day of August, 2026.